IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD FARLEY,                           No. CIV S-10-1950-FCD-CMK-P

        Plaintiff,

   vs.                                                    ORDER

LOIDA YBANEZ, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On October 25, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2010, are adopted in full;

2. Plaintiff's complaint is dismissed for failure to state a claim;

3. All pending motions are denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this case.

DATED: November 29, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE